UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAURICE NEWMAN,

                Plaintiff,

      -against-

BILL de BLASIO (MAYOR); STEVEN
BANKS (DHS); JOSLYN CARTER (DHS
ADMIN.),

                Defendants.

1:21-CV-6141 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued December 20, 2021, dismissing this action for failure to state

a claim on which relief may be granted,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed for failure

to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to

Plaintiff and note service on the docket.

SO ORDERED.

Dated:    December 20, 2021
           New York, New York

                    /s/ Laura Taylor Swain
                    LAURA TAYLOR SWAIN
           Chief United States District Judge